HUTCH U. FALE (USB #11189)
*Attorney for Defendant James Wolfgramm*
1979 North 1120 West
Provo, Utah 84604
Telephone: (801) 788-4122
Facsimile: 801.705.0606

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE OF COUNSEL** |
| Plaintiff, | |
| vs. | Case: 2:22-cr-00002 |
| JAMES WOLFGRAMM, | Hon. Howard C. Nielson, Jr |
| Defendant. | |

Notice is hereby given of the entry of the undersigned as counsel for Defendant in the above-entitled action. All further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon counsel at the address and contract information set forth at the top of this page.

Signed and Dated this 10th day of January, 2022.

/s/Hutch U. Fale
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2022, I did cause a true and correct copy of the foregoing Notice to be served upon the following via the Court's electronic notification system:

    Andrea T. Martinez

    Aaron B. Clark

                              /s/Hutch U. Fale