TRINA A. HIGGINS, United States Attorney (# 7349)
STEWART M. YOUNG, Assistant United States Attorney (# 14377)
AARON B. CLARK, Assistant United States Attorney (# 15404)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WOLFGRAMM et al.,<br><br>Defendants. | Case No. 2:22-CR-00002<br><br>NOTICE OF WITHDRAWAL OF COUNSEL<br><br>Judge Howard C. Nielson, Jr |

PLEASE TAKE NOTICE that Assistant United States Attorney Aaron B. Clark is hereby withdrawn as counsel for the Plaintiff in the above-entitled case.

DATED this 22nd day of December 2022.

                                      TRINA A. HIGGINS
                                      United States Attorney

                                      */s/ Aaron B. Clark*
                                      AARON B. CLARK
                                      Assistant United States Attorney