KATHRYN N. NESTER (UT #13967)
NESTER LEWIS PLLC
50 W. Broadway, Ste. 300
Salt Lake City, UT 84101
(801) 535-4375
kathy@nesterlewis.com

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES WOLFGRAMM<br><br>Defendant. | **MOTION TO ALLOW WAIVER OF DEFENDANT'S APPEARANCE AT STATUS CONFERENCE**<br><br>Case No. 2:22-cr-00002<br><br>Magistrate Judge Jared C. Bennett |

The Defendant, James Wolfgramm, by and through his attorney, Kathryn N. Nester, hereby files a motion to allow him to waive his appearance at the upcoming status conference scheduled for Thursday May 25th, 2023, in light of the defendant being located in Los Angeles at the time of the hearing.

DATED this 15th day of May, 2023.

*/s/ Kathryn N. Nester*
Kathryn N. Nester
