TRINA A. HIGGINS, United States Attorney (#7349)
STEWART YOUNG, Assistant United States Attorney (#14377)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

# UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00002 |
|---|---|
| Plaintiff, | UNITED STATES' NOTIFICATION REGARDING EMAIL NOTIFICATION TO THE UNITED STATES ATTORNEY'S OFFICE VICTIM/WITNESS COORDINATOR |
| v. | |
| JAMES WOLFGRAMM, | |
| Defendant. | Judge Howard C. Nielson, Jr. |

The United States hereby advises the Court that the United States Attorney's Office Victim/Witness Coordinator should be provided with e-mail notification of the matters occurring in the above-captioned case.

DATED this 21st day of November, 2023.

                                                      TRINA A. HIGGINS
                                                      United States Attorney

                                                      */s/ Stewart Young*
                                                      STEWART YOUNG
                                                      Assistant United States Attorney